**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 341 MAL 2021

         Respondent                :

                                        :    Petition for Allowance of Appeal
                                        :    from the Order of the Superior Court

            v.                       :

                                        :

ZABEIROU RACHID ISSOUFOU,            :

                              :

         Petitioner                :

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 30th day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.